IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA E. BASKIN                                              PLAINTIFF

Case No. 2:16-CV-2098

NANCY A. BERRYHILL,[1] Acting Commissioner,
Social Security Administration                          DEFENDANT

## **JUDGMENT**

On April 29, 2016, *pro se* Plaintiff, Joshua E. Baskin, filed a complaint with this Court after being denied disability benefits. (Doc. 1). On June 1, 2017, the Court ordered Plaintiff to file a brief discussing his specific points of appeal no later than June 16, 2017, and advised him that failure to file a brief may result in dismissal of his case. (Doc. 11). To date, no brief has been filed by Plaintiff.

Based on the foregoing, the Court hereby dismisses Plaintiff's case without prejudice for failure to prosecute this action and failure to follow an Order of the Court.

IT IS SO ORDERED AND ADJUDGED this 20th day of June, 2017.

                                               /s/ *Erin L. Wiedemann*
                                                 HON. ERIN L. WIEDEMANN
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.